X  FILED       ___ RECEIVED
___ ENTERED    ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

NOV. 30, 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for ANDREW ALLISON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00036-ART-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY HEARING AND DEFENDANT'S WAIVER OF SPEEDY TRIAL** |
| v. | |
| ANDREW ALLISON, | |
| Defendant. | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and PENELOPE BRADY, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for ANDREW ALLISON, that the Preliminary Hearing currently scheduled for December 13, 2023 at 3:00 P.M., be vacated and continued to February 7, 2024, at 3:00 PM.

This Stipulation is entered into for the following reasons:

1. Mr. Allison has informed the Court of his intent to plead guilty to the two charges alleged in the information.

2. The Court has set an arraignment & change of plea hearing for January 12, 2024 at 10:00 a.m.

3. Given the likely resolution of this matter at that change of plea hearing, a preliminary hearing prior to January 12, 2024, is no longer necessary.

4. Additionally, assuming Mr. Allison changes his plea as anticipated on January 12, 2024, the parties agree that any newly-set preliminary hearing would also be appropriately vacated following the change of plea hearing.

5. Defense counsel has met with Mr. Allison to discuss the charges at issue in this case, the case's status, and his speedy trial rights. Mr. Allison agrees to this continuance and waiver of speedy trial rights.

6. Defense counsel seeks this additional time not for purposes of delay, but merely to accommodate scheduling consistent with the set change of plea proceedings.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

8. Mr. Allison is detained, is in agreement with the continuance, and agrees to waive his speedy trial rights.

9. This is undersigned counsel's second request for a continuance.

DATED this 29th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Sean A. McClelland*<br>By:_____<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for ANDREW ALLISON | */s/ Penelope Brady*<br>By:_____<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this   30th   day of November, 2023.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

3