AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

         AUG - 7 2024

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:23-cr-00036-ART-CSD |
| ANDREW ALLISON | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Bruce R. Thompson US Courthouse & Federal Bldg. 400 S. Virginia Street, Reno, NV  89501 Honorable Carla Baldwin, U.S. Magistrate Judge | Courtroom No.:  1 ~ 4th Floor |
|---|---|
| | Date and Time:  8/8/24 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  08/07/2024

_____
*Judge's signature*

Carla Baldwin, United States Magistrate Judge
*Printed name and title*