RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 South Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for ANDREW ALLISON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00036-ART-CSD |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |
| v. | |
| ANDREW ALLISON, | |
| Defendant. | |

Certification: This motion is timely filed, no deadline applicable

The Defendant, ANDREW ALLISON, by and through his attorney of record, Assistant Federal Public Defender Sean A. McClelland, hereby moves this Court for permission to file Exhibit 501 submitted in court at Mr. Allison's Initial Appearance held on August 7, 2024 (ECF 35), under seal as it contains personal identifying information.

DATED this 9th day of August, 2024.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Attorney for ANDREW ALLISON

**IT IS SO ORDERED.**
**DATED: August 13, 2024.**

_____
**U.S. MAGISTRATE JUDGE**

# Exhibit 501

# Phone Image

EXHIBIT

